UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**LELDON COFFEY et al**,

    **Plaintiff,**

v.

**RODNEY D. MCCLURE, et al**,

    **Defendants.**　　　　　　　　　　　No. 13-cv-819-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 5, 2015, this case is **DISMISSED** with prejudice.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                        **BY:**        /s/*Caitlin Fischer*
                                        **Deputy Clerk**

Dated:   November 5, 2015

Digitally signed by Judge David R. Herndon
Date: 2015.11.05 16:30:52 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT